UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL WILLIAMS                                CIVIL ACTION
                                                NO. 10-1243
VERSUS

TRANSOCEAN LTD, ET AL                           SECTION:"I" (1)


As the law firm with which my spouse is associated provides legal advice in connection with the subject matter of the above-captioned lawsuit, this Court RECUSES itself pursuant to 28 U.S.C. §455(a) as my continued participation might lead to my impartiality being questioned. Accordingly, the Clerk of Court is ORDERED to reallot the above-captioned case to another section of this Court.

New Orleans, Louisiana, this 13th day of May, 2010.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

MAY 13 2010
REALLOTTED TO
SECT. F

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.