MINUTE ENTRY
FELDMAN, J.
May 20, 2010

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL WILLIAMS | * | CIVIL ACTION |
| VERSUS | * | NO. 10-1243 |
| TRANSOCEAN, LTD., ET AL | * | SECTION "F" |

      The Court would like to notify all counsel that in the past Stone Pigman has personally represented me.  Stone Pigman has not had any representation of the Court for at least three years, but the firm is named as attorneys for my testamentary executor.

